### MARTIN v. NEW TRINIDAD LAKE ASPHALT CO., Limited.

(Circuit Court, S. D. New York. May 2, 1904.)

1. FOREIGN CORPORATIONS—SERVICE OF SUMMONS.

   A court does not acquire jurisdiction of a foreign corporation by service of summons on its officers or directors in a state where it is not doing business and has no office.

On Motion to Set Aside Service of Summons.

Niles & Johnson, for plaintiff.

Kellogg & Rose, for defendant.

COXE, Circuit Judge. The referee finds that at the date of the service of the summons the defendant was not doing business in the state of New York, and had no office for the transaction of business therein. These findings are fully justified by the proofs.

The report of the referee is confirmed and the motion to set aside service of the summons is granted. Conley v. Mathieson Alkali Works, 190 U. S. 406, 23 Sup. Ct. 728, 47 L. Ed. 1113.

¶ 1. Service of process on foreign corporations, see note to Eldred v. American Palace-Car Co., 45 C. C. A. 3.

See Corporations, vol. 12, Cent. Dig. § 2613.